IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN GRAYSON,

      **Plaintiff,**

v.

      Case No. 23-cv-2543-NJR

DR. PERCY MYERS, JANE DOE
NURSE, and DAVID MITCHELL
(official capacity only),

      **Defendants.**

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This case is before the Court for case management purposes. Plaintiff John Grayson, an inmate of the Illinois Department of Corrections who is currently incarcerated at Menard Correctional Center, brings this action pursuant to 42 U.S.C. § 1983 for deprivations of his constitutional rights while incarcerated at Pinckneyville Correctional Center. After a review the Complaint pursuant to 28 U.S.C. § 1915A, Grayson was allowed to proceed on the following count:

    Count 1:    Eighth Amendment deliberate indifference claim against Dr. Myers and Jane Doe Nurse for denying and delaying medical care for Grayson's shoulder and elbow.

(Doc. 13). To aid Grayson in identifying the Jane Doe Nurse, the Court added the current warden of Pinckneyville, David Mitchell (in his official capacity only), for the sole purpose of responding to discovery aimed at identifying the Jane Doe Nurse (*Id.* at p. 6).

On January 9, 2024, the Court entered a scheduling order setting forth deadlines for identifying the Jane Doe Nurse (Doc. 33). Dr. Myers complied with the requirements set forth in the Court's scheduling order (Doc. 61). Although Dr. Myers was unable to specifically identify the Jane Doe Nurse, because two different nurses saw Grayson on the days identified by him in his disclosures, Dr. Myers referred Grayson to specific medical records that would help Grayson identify the unknown nurse (*Id.* at p. 2).

Grayson's deadline to file a motion to substitute or file a motion seeking additional information to help identify the unknown nurse was June 3, 2024. As of this date, Grayson has neither identified the nurse nor sought additional discovery related to the nurse. Grayson was warned that his failure to file a motion by the deadline would result in the dismissal of the claim against Jane Doe Nurse #1.

The Court will not allow this matter to linger. Grayson has failed to substitute a named individual for the Jane Doe Nurse, and he has not sought any additional information which might help identify her. Accordingly, the claim against Jane Doe Nurse is now **DISMISSED without prejudice**. Because David Mitchell was added to the case only to aid Grayson in attempting to identify the unknown nurse, Mitchell's presence in the case is no longer necessary. Thus, Mitchell is also **DISMISSED** from the case.

**IT IS SO ORDERED.**

DATED:  June 12, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**